UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEVEN PEAKS MUSIC, et al,
    Plaintiffs,

vs.     Case No. 08-11483

SHAR-RON SUNSHINE, LTD. and RONALD S. KUDEK,     Hon. Arthur J. Tarnow
    Defendants.

/

**ORDER REQUIRING DEFENDANT SHAR-RON SUNSHINE, LTD.
TO APPEAR AND RESPOND TO DISCOVERY**

The Court is informed that Plaintiffs in this matter served discovery requests on Defendant Shar-Ron Sunshine, Ltd. ("Shar-Ron") on July 10, 2008. On July 29, this Court granted the request of Shar-Ron's counsel to withdraw, and stayed the case. On August 5, the Court lifted the stay as to Shar-Ron. To date, no other counsel has appeared for Shar-Ron, and Plaintiffs represent that they have not received responses to their discovery requests.

Wherefore, it is hereby ordered that, within two weeks from the entry of this order, Shar-Ron shall appear in this action through counsel, and shall serve discovery responses upon counsel for Plaintiffs. Otherwise, the Court will enter a default against Shar-Ron, and shall entertain a motion by Plaintiffs for default judgment against Shar-Ron.

Date: September 9, 2008      S/ARTHUR J. TARNOW
    Hon. Arthur J. Tarnow
    United States District Judge